APPLEGATE LAW OFFICE
CHARLES W. APPLEGATE, SBN 226777
3436 C MENDOCINO AVENUE
SANTA ROSA, CA 95403
TELEPHONE:  (707) 775-9459
FACSIMILE:   (707) 509-5020
E-MAIL:        APPLEGATELAW@GMAIL.COM

MICHAEL P. SCOTT, SBN 139188
P.O. BOX 3802
SANTA ROSA, CA 95402-3802
TELEPHONE: (707) 799-4678
E-MAIL:       MICHAEL_P_SCOTT@YAHOO.COM
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEAREAN HUBBARD, | Case No.:   **C 12-06380 PJH** |
|---|---|
| Plaintiff | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| v. | |
| COUNTY OF SONOMA; STEVE FREITAS, in his capacity as Sonoma County Sheriff; CALIFORNIA FORENSIC MEDICAL GROUP, INC, a California corporation; and DOES 1 through 100, | |
| Defendants | |

    Plaintiff KEAREAN HUBBARD ("Plaintiff") by and through her counsel of record hereby requests that the above-captioned case be dismissed without prejudice.  Defendant CALIFORNIA FORENSIC MEDICAL GROUP ("CFMG"), by and through its counsel of record,

and in exchange for Plaintiff's agreement to dismiss this case without prejudice, hereby waives any recoverable costs and fees.

IT IS SO STIPULATED.

Dated: August 28, 2013

APPLEGATE LAW OFFICE

By: _____
Charles W. Applegate

Dated: August 18, 2013

_____
Michael P. Scott

Attorneys for Plaintiff KEREAN HUBBARD

Dated: August 26, 2013

TRIMBLE, SHERINIAN & VARANINI

By: _____
Jerome M. Varanini

Attorneys for Defendant CALIFORNIA FORENSIC MEDICAL GROUP

# [~~PROPOSED~~] ORDER

Good cause appearing, it is hereby ORDERED:

(1) The above-captioned action shall be dismissed without prejudice; and

(2) Plaintiff and Defendant will bear their own respective fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk shall close the file.

Dated: 8/29/13

Hon. Phillis J. Hamilton, U.S. Dist. Court Judge

